IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MBR CONSTRUCTION SERVICES, INC.,** : | CIVIL ACTION NO. 1:14-CV-1694 |
| : | **(Chief Judge Conner)** |
| **Plaintiff** : | |
| v. : | |
| **IBEW LOCAL NO. 143,** : | |
| **Defendant** : | |

## ORDER & JUDGMENT

AND NOW, this 2nd day of March, 2016, upon consideration of the cross-motions (Docs. 12, 15) for summary judgment by MBR Construction Services, Inc. ("MBR") and IBEW Local No. 143 ("the Union"), respectively, and further upon consideration of the Union's motion (Doc. 20) for leave to amend its answer, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Union's motion (Doc. 20) for leave to amend its answer and motion (Doc. 15) for summary judgment are GRANTED.

2. MBR's motion (Doc. 12) for summary judgment is DENIED.

3. Judgment is ENTERED in favor of the Union and against MBR on all counts of MBR's complaint.

4. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania